```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
ANTHONY B. TILLMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY B. TILLMAN,<br><br>    Petitioner,<br><br>    v.<br><br>SUE HUBBARD, Warden,<br><br>    Respondent.<br>_____ | NO. Civ. S-06-0008 DFL CMK P<br><br>**ORDER TRANSFERRING CASE TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

    Petitioner, ANTHONY B. TILLMAN, filed a pro se federal habeas corpus petition pursuant to 28 U.S.C. § 2254 in the Northern District of California on November 30, 2005. The action was transferred to this Court on January 3, 2006. On March 27, 2006, this Court appointed the Federal Defender's Office to represent Mr. Tillman, and set a briefing schedule. On May 10, 2006, respondent filed a motion to dismiss the action on the grounds that the petition is successive and filed beyond the one-year statute of limitation. On May 19, 2006, petitioner filed a response to the motion to dismiss.

    Mr. Tillman filed a previous federal habeas corpus application with this Court on November 7, 1990. <u>Tillman v. State of California</u>, No. Civ. S 90-1387 GEB GGH. The petition was denied on the merits on December 14,

1  1993, and on April 4, 1995, the Ninth Circuit affirmed the judgment.
2  Because Mr. Tillman filed a previous federal habeas corpus application
3  that was denied on the merits, the application filed on November 30, 2005
4  is a "successive habeas corpus application" within the meaning of 28
5  U.S.C. § 2244.  Before filing such a petition, "the applicant shall move
6  in the appropriate court of appeals for an order authorizing the district
7  court consider the application."  28 U.S.C. § 2244(b)(3)(A).  While Mr.
8  Tillman filed a petition in the Ninth Circuit that the court deemed to be
9  an application for permission to file a second or successive petition,
10 the application was "denied without prejudice to file a new petition."
11 Tillman v. Borg, No. 97-80137.

12    Because Mr. Tillman has not been granted leave by the Ninth Circuit
13 to file a second or successive habeas corpus application, this Court
14 lacks jurisdiction to entertain the November 30, 2005 application.
15 Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001); Nuñez v. United
16 States, 96 F.3d 990, 991 (7th Cir. 1996).  Accordingly, this action shall
17 be transferred, pursuant to 28 U.S.C. § 1631, to the Ninth Circuit Court
18 of Appeals.  See United States v. Barrett, 178 F.3d 34, 41 n.1 (1st Cir.
19 1999); Coleman v. United States, 106 F.3d 339, 341 (10th Cir. 1997) (per
20 curiam); In re Sims, 111 F.3d 45, 47 (6th Cir. 1997); Liriano v. United
21 States, 95 F.3d 119, 122-23 (2d Cir. 1996).
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

For the foregoing reasons, it is hereby **ORDERED** that:

(1) This action is **TRANSFERRED** to the Ninth Circuit Court of Appeals; and

(2) the status conference currently set for September 19, 2006 is **VACATED**.

DATED: July 18, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE