IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BRYANT TILLMAN,

    Petitioner,                                No. CIV S-06-0008 DFL CMK P

    vs.

SUE HUBBARD, Warden,

    Respondent.

_____/          ORDER

        Petitioner filed a habeas application in this federal court on December 9, 2005. The court appointed the federal public defender to represent petitioner and ordered respondent to file an answer. On May 10, 2006, respondent filed a motion to dismiss contending that the petition was (1) successive and the Ninth Circuit had not authorized its filing and (2) untimely because it was not filed within the one-year statute of limitations. In his response, petitioner sought an order of transfer to the Ninth Circuit for authorization of filing a successive petition rather than dismissal.

        By order filed July 20, 2006, the court ordered that this case be transferred to the Ninth Circuit Court of Appeals, and the case was closed. On October 25, 2006, petitioner filed a status report with this court, advising that the Ninth Circuit denied petitioner's request to file a second or successive petition for writ of habeas corpus.

1        In light of the denial of petitioner's request to file a successive petition, the
2  motion to dismiss filed May 10, 2006 is moot.
3        Accordingly, IT IS ORDERED that:
4        1.  No habeas petition was filed in this action as petitioner was not granted leave
5  to file a successive petition by the Ninth Circuit .
6        2.  The motion to dismiss filed May 10, 2006 is moot because there is no properly
7  filed habeas petition, and the Clerk of the Court is directed to term the motion.
8
9  DATED:  November 30, 2006.
10
11
12                          **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE