IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


ANTHONY B. TILLMAN,                           No. Civ. S-06-0008 DFL CMK

      Petitioner,                              O R D E R

    v.

SUE HUBBARD, Warden,

      Respondent._____/

   Petitioner's motion for a certificate of appealability

(COA) is granted as to whether applying the second and

successive petition provisions of the Antiterrorism and

Effective Death Penalty Act (AEDPA) has an impermissibly

retroactive effect when the initial petition was filed and

denied on the merits before AEDPA became effective.  The Ninth

Circuit has decided the issue.  United States v. Villa-Gonzalez,

208 F.3d 1160, 1163-64 (9th Cir. 2000); but see In re Jones, 226

F.3d 328, 332 n.1 (4th Cir. 2000)(rejecting the Ninth Circuit's

holding in Villa-Gonzalez).  It remains debatable for purposes

of issuing a COA, however, because of conflicting case law from

1

1 other circuits.   See <u>Lambright v. Stewart</u>, 220 F.3d 1022, 1026

2 (9th Cir. 2000)(holding that a question well-settled in the

3 circuit may be the subject of a COA when another circuit has

4 reached a conflicting view).

5

6     IT IS SO ORDERED.

7 Dated:  May 23, 2007

8

9

10                                     /s/ David F. Levi_____
                                       DAVID F. LEVI
11                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28